UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| IN RE | |
|---|---|
| RONALD D. RICHARDSON | Chapter 13<br>Case NO. 24-15494-DER |
| Debtor(s) | |

### NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of MECU Credit Union. Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2024, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Brian A. Tucci, Trustee
PO Box 1110
Millersville, MD 21108

Eric Steiner
PO Box 17598
Pmb 83805
Baltimore, MD 21297

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-003104-MD-B-3

Page 1

Ronald D. Richardson

3522 Forest Hill Road

Gwynn Oak, MD 21207

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000