UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

IN RE :                                                  BCN#: 24-15494
Ronald D. Richardson                      Chapter: 13
Debtor

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for UTILITIES EMPLOYEES CU and requests that she be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

                                  Respectfully submitted,
                                  LOGS Legal Group LLP

                                  By: __/s/Randa S Azzam_____
                                  William M. Savage, Esquire
                                  Federal I.D. Bar No. 06335
                                  Randa Azzam, Esquire
                                  Federal I.D. Bar No. 22474
                                  Gregory N. Britto, Esquire
                                  Federal I.D. Bar No. 22531
                                  Gene Jung, Esquire
                                  Federal I.D. Bar No. 14950
                                  LOGS Legal Group LLP
                                  Mailing Address
                                  10130 Perimeter Parkway, Suite 400
                                  Charlotte, NC 28216
                                  (703) 261-7420

## CERTIFICATE OF SERVICE

I hereby certify that on the ___10th_____ day of ___July_____, __2024_____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

Eric S. Steiner, Steiner Law Group, LLC                                  Debtor's Attorney
PO Box 17598
Pmb 83805
Baltimore, MD 21297

Brian A Tucci                                  Chapter 13 Trustee
PO Box 1110
Millersville, MD 21108

Via First Class Mail, Postage Prepaid:

Ronald D. Richardson                                  Debtor(s)
3522 Forrest Hill Road
Gwynn Oak, MD 21207

                                                           /s/Randa S Azzam
                                                           _____
                                                           William M. Savage, Esquire
                                                           Federal I.D. Bar No. 06335
                                                           Randa Azzam, Esquire
                                                           Federal I.D. Bar No. 22474
                                                           Gregory N. Britto, Esquire
                                                           Federal I.D. Bar No. 22531
                                                           Gene Jung, Esquire
                                                           Federal I.D. Bar No. 14950
                                                           LOGS LEGAL GROUP LLP
                                                           Mailing Address
                                                           10130 Perimeter Parkway, Suite 400
                                                           Charlotte, North Carolina 28216
                                                           (703) 449-5800
                                                           logsecf@logs.com     24-296923